UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF HELIX ELECTRIC, INC., a California corporation,<br><br>             Plaintiff,<br><br>  v.<br><br>RQ CONSTRUCTION, INC., a corporation; AMERICA MOTORISTS INSURANCE COMPANY, an Illinois corporation,<br><br>             Defendants. | CIV. S-05-925 GEB JFM<br><br><br><u>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE</u> |

       Plaintiff's Status Report states that although all defendants have been served, they have not yet answered the Complaint. Therefore, the Status Conference is continued to August 8, 2005, at

///
///
///
///
///
///
///

1

1  9:00 a.m.  A joint status conference report shall be filed no later
2  than July 25, 2005.[1]
3
4          IT IS SO ORDERED.
5  DATED:  June 29, 2005
6                                      /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
7                                      United States District Judge
8

---

26    [1]    The failure of one or more of the parties to
   participate in the preparation of the Joint Status Report does
27 not excuse the other parties from their obligation to timely file
   a status report in accordance with this Order.  In the event a
28 party fails to participate as ordered, the party timely
   submitting the status report shall include a declaration
   explaining why it was unable to obtain the cooperation of the
   other party or parties.

2