UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF HELIX ELECTRIC, INC., a California corporation,<br><br>  Use-Plaintiff,<br><br>v.<br><br>RQ CONSTRUCTION, INC., a corporation; AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation,<br><br>  Defendants. | Case No. 2:05-CV-00925-GEB-JFM<br><br>**REQUEST FOR ORDER FOR SUBSTITUTION OF ATTORNEYS** |

Pursuant to Local Rule 83-182(g), Kevin T. Cauley of the law firm of SCWARTZ, SEMERDJIAN, HAILE, BALLARD & CAULEY LLP hereby requests an ORDER for withdrawal as attorney of record for Defendants AMERICAN MOTORIST INSURANCE COMPANY and RQ CONSTRUCTION, INC. in this matter, and hereby substitutes Raymond M. Buddie and Rick W. Grady of the law firm Peckar & Abramson, P.C. as attorneys of record for defendants AMERICAN MOTORIST INSURANCE COMPANY and RQ CONSTRUCTION, INC. in this matter.

The address, phone number, and facsimile number for the substituting individual attorneys, Raymond M. Buddie and Rick W. Grady, is as follows:

Peckar & Abramson, P.C.
250 Montgomery Street, 16th Floor
San Francisco, California 94104
Telephone: (415) 837-1968
Facsimile: (415) 837-1320

The foregoing Withdrawal and Substitution of Attorneys is agreed to by the undersigned parties:

1  Dated: July 15, 2005                    SCWARTZ, SEMERDJIAN, HAILE,
2                                           BALLARD & CAULEY

3                                          By:  s/ Kevin T. Cauley, Esq. (original signature
4                                               retained by attorney Rick W. Grady)
                                            Kevin T. Cauley, Esq.
5                                           Withdrawing Attorneys for DEFENDANTS
                                            AMERICAN MOTORIST INSURANCE
6                                           COMPANY and RQ CONSTRUCTION, INC.

7  Dated: July 27, 2005                    PECKAR & ABRAMSON, P.C.

8
                                           By:  s/ Rick W. Grady, Esq. (original signature
9                                               retained by attorney Rick W. Grady)
                                            Rick W. Grady, Esq.
10                                          Substituting Attorneys for DEFENDANTS
                                            AMERICAN MOTORIST INSURANCE
11                                          COMPANY and RQ CONSTRUCTION, INC.

12
   Dated: July 18, 2005                    Defendant AMERICAN MOTORIST
13                                          INSURANCE COMPANY

14
                                           By:  s/ Kevin Mayfield (original signature retained by
15                                              attorney Rick W. Grady)
                                            Kevin Mayfield
16                                          Title: Associate Surety Claim Analyst
                                            AMERICAN MOTORIST INSURANCE
17
   Dated: July 25, 2005                    Defendant RQ CONSTRUCTION, INC.
18
19
                                           By:  s/ Michael Patterson (original signature retained
20                                              by attorney Rick W. Grady)
                                            Title: Executive Vice President
21                                          RQ CONSTRUCTION, INC.

22
   IT IS SO ORDERED:
23
   DATED:  August 1, 2005                          /s/ Garland E. Burrell, Jr.
24                                                 GARLAND E. BURRELL, JR.
25                                                 United States District Judge

26

27

28

---

2

REQUEST FOR ORDER FOR SUBSTITUTION OF ATTORNEYS