IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF HELIX ELECTRIC, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>RQ CONSTRUCTION, INC., a corporation; AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation,<br><br>          Defendants. | 2:05-CV-00925-GEB-JFM<br><br><u>ORDER RE SETTLEMENT AND DISPOSITION</u> |

     On September 13, 2005, Plaintiff filed a Notice of Settlement stating this action has settled.  The parties have until 4:30 p.m. on October 14, 2005, to either file a document dismissing this action or to lodge a proposed order which could effect dismissal. <u>See</u> L.R. 16-160(b).  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed.  <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

     IT IS SO ORDERED.

Dated:  September 14, 2005

                              <u>/s/ Garland E. Burrell, Jr.</u>
                              GARLAND E. BURRELL, JR.
                              United States District Judge