| | |
|---|---|
| 1 | PAUL S. METSCH [SBN 121912] |
| | ELIZABETH A. MITCHELL [SBN 204853] |
| 2 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| | 401 B Street, Suite 1200 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 231-0303 |
| 4 | Facsimile: (619) 231-4755 |
| | Attorneys for Use-Plaintiff HELIX ELECTRIC, |
| 5 | INC. |
| 6 | RAYMOND M. BUDDIE [SBN 121353] |
| | RICK W. GRADY [SBN 235976] |
| 7 | PECKAR & ABRAMSON, P.C. |
| | 250 Montgomery Street, 16th Floor |
| 8 | San Francisco, CA  94104 |
| | Tel: 415-837-1968 |
| 9 | Fax: 415-837-1320 |
| | Attorneys for Defendants RQ CONSTRUCTION, |
| 10 | INC. and AMERICAN MOTORISTS INSURANCE |
| | COMPANY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF HELIX ELECTRIC, INC., a California corporation, <br><br>  Use-Plaintiff, <br><br> v. <br><br> RQ CONSTRUCTION, INC., a corporation; AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation, <br><br>  Defendants. | CASE NO. 2:05-CV-00925-GEB-JFM <br><br> STIPULATION AND ORDER FOR DISMISSAL <br><br> Judge: Garland E. Burrell, Jr. <br> Courtroom 10 <br> Complaint Filed: May 11, 2005 |

     Use-Plaintiff Helix Electric, Inc. and Defendants RQ Construction, Inc. and American Motorists Insurance Company, by and through their respective attorneys of record, hereby stipulate as follows:

     1.    The Parties have effected a written settlement effective September 27, 2005 (the "Settlement Agreement"); and

Error! Unknown document property name.Error! Unknown document property name.
2:05-CV-00925

STIPULATION AND ORDER FOR DISMISSAL

2. Based on such settlement, the Parties request that the Court dismiss this entire action with prejudice.

Dated: October 12, 2005        SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Paul S. Metsch
PAUL S. METSCH
ELIZABETH A. MITCHELL
Attorneys for Use-Plaintiff HELIX ELECTRIC, INC.

DATED: September 27, 2005        PECKAR & ABRAMSON, P.C.

By: /s/ Rick W. Grady
RAYMOND M. BUDDIE
RICK W. GRADY
Attorneys for Defendants RQ CONSTRUCTION, INC. and AMERICAN MOTORISTS INSURANCE COMPANY

## ORDER

Based on the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: October 20, 2005        /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Error! Unknown document property name..Error! Unknown docume

2   STIPULATION AND ORDER FOR DISMISSAL