1  PAUL S. METSCH [SBN 121912]
   ELIZABETH A. MITCHELL [SBN 204853]
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755
   Attorneys for Use-Plaintiff HELIX ELECTRIC,
5  INC.

6  RAYMOND M. BUDDIE [SBN 121353]
   RICK W. GRADY [SBN 235976]
7  PECKAR & ABRAMSON, P.C.
   250 Montgomery Street, 16th Floor
8  San Francisco, CA  94104
   Tel: 415-837-1968
9  Fax: 415-837-1320
   Attorneys for Defendants RQ CONSTRUCTION,
10 INC. and AMERICAN MOTORISTS INSURANCE
   COMPANY
11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 THE UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF HELIX 16 ELECTRIC, INC., a California corporation, 17 | CASE NO. 2:05-CV-00925-GEB-JFM STIPULATION AND ORDER FOR DISMISSAL |
| 18 Use-Plaintiff, | Judge: Garland E. Burrell, Jr. Courtroom 10 |
| 19 v. | Complaint Filed: May 11, 2005 |
| 20 RQ CONSTRUCTION, INC., a corporation; AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois 21 corporation, | |
| 22 Defendants. | |

23
         Use-Plaintiff Helix Electric, Inc. and Defendants RQ Construction, Inc. and
24
   American Motorists Insurance Company, by and through their respective
25
   attorneys of record, hereby stipulate as follows:
26
         1.    The Parties have effected a written settlement effective September
27
   27, 2005 (the "Settlement Agreement"); and
28

Error! Unknown document property name.Error! Unknown document property name.
2:05-CV-00925

STIPULATION AND ORDER FOR DISMISSAL

2. Based on such settlement, the Parties request that the Court dismiss this entire action with prejudice.

Dated: October 12, 2005        SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Paul S. Metsch
PAUL S. METSCH
ELIZABETH A. MITCHELL
Attorneys for Use-Plaintiff HELIX ELECTRIC, INC.

DATED: September 27, 2005       PECKAR & ABRAMSON, P.C.

By: /s/ Rick W. Grady
RAYMOND M. BUDDIE
RICK W. GRADY
Attorneys for Defendants RQ CONSTRUCTION, INC. and AMERICAN MOTORISTS INSURANCE COMPANY

## ORDER

Based on the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: October 20, 2005         /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Error! Unknown document property name..Error! Unknown docume

2   STIPULATION AND ORDER FOR DISMISSAL